IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

NOV 3 0 2009

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ____KK____, DEPUTY

| | |
|---|---|
| **Marcie R Salmon,** )<br>)<br>**Plaintiff** )<br>)<br>Vs. )<br>)<br>**Arrow Financial Services LLC,** )<br>)<br>**Defendant** )<br>) | Case No <u>CIV-09-00946-D</u><br>Jury Trial Demanded |

## PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

COMES NOW THE PLAINTIFF:

Marcie R. Salmon, having reached a settlement agreement with the Defendant, Arrow Financial Services LLC, hereby moves the Court by Motion for Dismissal with Prejudice of the above styled action.

IT IS HEREBY requested by the Plaintiff Marcie R. Salmon that a MOTION OF DISMISSAL WITH PREJUDICE be entered in the above case pending before this honorable court.

Submitted this day of 30 of November, 2009.

Respectfully Submitted,

*Marcie Salmon*

Marcie R Salmon
Pro Se for Plaintiff
15916 San Miguel Circle
Edmond, OK 73013
Phone: 405-285-5654

1

## CERTIFICATE OF SERVICE

I, the Plaintiff, Marcie R Salmon do hereby certify that a copy of the <u>Plaintiff's Motion for Dismissal with Prejudice</u> was sent to the Defendant and it's attorney on November 30, 2009, Arrow Financial Services at <u>5996 W Touhy Ave, Niles, IL 60714</u> & Fisher & Fisher c/o Timothy A Fisher at <u>8177 S Harvard, #333, Tulsa, OK 74137</u> for the purpose of satisfying the requirement for Notice and Service and was sent via USPS Regular Mail. This will also available to any and all PACER ECF participants and will be considered to be notice.

*Marcie Salmon*
Marcie R Salmon, Pro Se
Plaintiff
15916 San Miguel Circle
Edmond, OK 73013
Phone: 405-285-5654